MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7,
ANGELA THORNTON-MILLARD, IA 17922
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (816) 936-5079
angela.thornton-millard@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ADALBERTO UBALLE,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | CIVIL NO. 1:25-cv-00175-KES-GSA<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

   IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

   Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record. The

1  parties further request that the Court direct the Clerk of the Court to enter a final judgment in

2  favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

3        This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the

4  Social Security Act, 42 U.S.C. 405(g).

6  Dated:  April 16, 2025       /s/  *Jonathan O. Pena
                                             JONATHAN O. PENA
7                                              Attorney for Plaintiff
                                             *Authorized via e-mail on April 16, 2025
8

9                                              MICHELE BECKWITH
                                             Acting United States Attorney
10                                             MATHEW W. PILE
                                            Associate General Counsel
11                                             Social Security Administration
12
                            By:     /s/  Angela Thornton-Millard
13                                             ANGELA THORNTON-MILLARD
                                            Special Assistant U.S. Attorney
14                                             Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), as amended. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' stipulation.

The Clerk of Court is directed to enter judgment in favor of plaintiff Adalberto Uballe and against defendant, the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:  April 16, 2025

UNITED STATES DISTRICT JUDGE